United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-17277-amc
Berlyn Graham                                                                   Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 22, 2016
                              Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db           +Berlyn Graham,    5623 Carpenter Street,    Philadelphia, PA 19143-2803
13383920     +Central Financial Control,    P.O. Box 66051,   Anaheim, CA 92816-6051
13383926     +Metabank,    P.O. Box 98,   Brookings, SD 57006-0098
13383928      PECO,    P.O. Box 37629,   Philadelphia, PA 19101-0629
13383929     +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13383930     +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13393893      Residential Credit Solutions,    P.O. Box 163229,   Fort Worth, Texas 76161-3229
13383931     +Residential Credit Solutions, Inc.,    4282 North Fwy,    Fort Worth, TX 76137-5021
13383933     +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
13383934     +Verizon,    500 Technology Drive,    Ste 300,   Weldon Spring, MO 63304-2225
13581742     +Wilmington Trust National Assoc.,    c/o Andrew F. Gornall, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 23 2016 01:27:37    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2016 01:27:22    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13383919      E-mail/Text: bnc-applied@quantum3group.com Jul 23 2016 01:27:18    Applied Bank,
               601 Delaware Avenue,    Wilmington, DE 19801
13402395     +E-mail/Text: g20956@att.com Jul 23 2016 01:27:55    AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13383918     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 23 2016 01:29:41    Afni, Inc.,    P.O. Box 3427,
               Bloomington, IL 61702-3427
13463690     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2016 01:31:09
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
               Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13467605      E-mail/Text: bankruptcy@phila.gov Jul 23 2016 01:27:37    City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13464654     +E-mail/Text: bankruptcy@phila.gov Jul 23 2016 01:27:38
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13383921     +E-mail/Text: creditonebknotifications@resurgent.com Jul 23 2016 01:26:20    Credit One Bank NA,
               P.O. Box 98875,    Las Vegas, NV 89193-8875
13383922     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2016 01:29:34    GE Money Bank,    P.O. Box 981400,
               El Paso, TX 79998-1400
13383923     +E-mail/Text: bankruptcy@icsystem.com Jul 23 2016 01:27:54    I C System, Inc.,
               P.O. Box 64378,    Saint Paul, MN 55164-0378
13383924      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2016 01:27:14    Jefferson Capital System,
               16 McLeland Road,    Saint Cloud, MN 56303
13446360      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2016 01:27:14    Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13383925     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2016 01:31:09    LVNV Funding, LLC,
               P.O. Box 740281,    Houston, TX 77274-0281
13383927     +E-mail/Text: bankruptcy@mcmcg.com Jul 23 2016 01:27:05    Midland Credit Management, Inc.,
               8875 Aero Drive,    San Diego, CA 92123-2255
13427510     +E-mail/Text: bncmail@w-legal.com Jul 23 2016 01:27:12    OAK HARBOR CAPITAL III, LLC,
               C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13410349     +E-mail/Text: bankruptcygroup@peco-energy.com Jul 23 2016 01:26:22    PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13397058      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2016 01:26:44
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13387217      E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2016 01:26:25
               Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
13383932     +E-mail/Text: bankruptcy@sw-credit.com Jul 23 2016 01:27:06    Southwest Credit System,
               4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                      TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: John              Page 2 of 2           Date Rcvd: Jul 22, 2016
                             Form ID: pdf900          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Wilmington Trust, National Association, Et Al...
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          BRAD J. SADEK    on behalf of Debtor Berlyn  Graham brad@sadeklaw.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor   Residential Credit Solutions, et al pabk@logs.com
          KIMBERLY A. BONNER    on behalf of Creditor   Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust
          amps@manleydeas.com
          LEEANE O. HUGGINS    on behalf of Creditor   Residential Credit Solutions, et al pabk@logs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERLYN GRAHAM                              Chapter 13


                           Debtor          Bankruptcy No. 14-17277-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this _____ day of _____, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED,** that any wage orders are hereby vacated.


Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
BERLYN GRAHAM

5623 CARPENTER STREET

PHILADELPHIA, PA 19143